Jeffrey G. Sheldon (SBN 67516)
jsheldon@cislo.com
Katherine M. Bond (SBN 263020)
kbond@cislo.com
**CISLO & THOMAS LLP**
12100 Wilshire Blvd., Ste. 1700
Los Angeles, California 90025
Telephone: (310) 979-9190
Facsimile: (310) 394-4477

Attorneys for Plaintiff
Eqyss Grooming Products, Inc.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EQYSS GROOMING PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>GROOMY U.S.A. LTD. an Illinois corporation, SWESCO HOLDING GMBH, a Swiss company, PURRFECT PAWS GROOMING, a business entity form unknown, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00372-BRO-AJW<br><br>**HON. BEVERLY REID O'CONNELL**<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

Upon consideration of Plaintiff Eqyss Grooming Product Inc.'s ("Eqyss" or "Plaintiff"), Motion for Entry of Default Judgment in regards to Defendants Groomy U.S.A. Ltd. ("Groomy"), and Purrfect Paws Grooming ("Purrfect Paws") (hereinafter collectively referred to as "Defendants"), hereby finds that the

Defendants are subject to the jurisdiction of this Court, that service was properly conducted, that the Defendants failed to answer or otherwise respond to the Complaint within the time permitted by the law, that the Defendants have failed to challenge in any way Plaintiff's allegations of trademark infringement or the validity or enforceability of the trademark in suit, that they have not properly explained their failure to respond or otherwise appear, and that the Plaintiff's request for the entry of a default judgment should be GRANTED in an order dated September 11, 2017 (Docket No. 27).

Therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, THAT judgment should be, and it hereby is, entered in favor of Plaintiff against Defendants Groomy and Purrfect Paws.

The Court further finds that the Defendants should be permanently enjoined from committing any act that infringes the PET ME Mark or any other term that contains the term "PET ME" or any phonetic equivalent of that mark in connection with the sale of animal or pet grooming products and/or services. Therefore, IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, THAT Defendant Groomy and Defendant Purrfect Paws together with all of their parents, subsidiaries, affiliates, agents, successors and assigns, and all those acting in concert or participation with them are hereby permanently enjoined from including but not limited to:

    (a)    Using any brand or designation that makes use of the term "PET ME" or any permutation of that term, whether alone or in combination with other words, characters or symbols in connection with the sales, offer for sale, promotion or advertising of any products and/or services that are the same as, or are related to, Eqyss' goods, including pet or animal grooming brushes;

    (b)    Instructing or directing any third parties to prepare print or electronic advertising or flyers bearing the term "PET ME" or any

permutation of that term, whether alone or in combination with other words, characters or symbols in connection with the sales, offer for sale, promotion or advertising of any products and/or services that are the same as, or are related to, Eqyss' goods, including pet or animal grooming brushes;

(c) Instructing or directing any third parties to prepare containers, labels or packaging bearing the term "PET ME" or any permutation of that term, whether alone or in combination with other words, characters or symbols in connection with the sales, offer for sale, promotion or advertising of any products and/or services that are the same as, or are related to, Eqyss' goods, including pet or animal grooming brushes;

(d) Imitating, copying or making unauthorized use of, or otherwise infringing Plaintiff's rights in and to the PET ME Mark; and

(e) Defendants are further directed to turn over to Plaintiff any and all products in their possession, custody and control all products, labels, boxes, signs, prints, packages, wrappers, and artwork bearing or intended to bear the term "PET ME" or any permutation of that term, whether alone or in combination with other words, characters or symbols.

Pursuant to 15 U.S.C §1117, IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED, THAT Plainitff is awarded attorneys' fees in the amount of $7,600.00 against Defendants Groomy and Purrfect Paws.

IT IS SO ORDERED.

DATED: September 14, 2017

_____
HON. BEVERLY REID O'CONNELL
United States District Judge

JUDGMENT AND PERMANENT INJUNCTION